leave to appeal to the court of appeals denied, with $10 costs. All concur, except LAUGHLIN, J., not voting. See 63 N. Y. Supp. 704.

FURBUSH et al., Appellants. v. SEGAL, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by Charles A. Furbush and another against Adolph Segal. J. E. Ackley, for appellants. S. Scoville, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GARDINER, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Charles Gardiner against John King and others, as receivers. No opinion. Judgment and order reversed upon the law and facts, upon the authority of Hoffman v. King, 168 N. Y. 618, 55 N. E. 401, and a new trial granted; costs to abide the event.

GARRISON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Isaac D. Garrison against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 63 N. Y. Supp. 1108.

GAUGHRAN, Respondent, v. BERGEN, Appellant. (Supreme Court Appellate Division, Second Department. April 14, 1900.) Action by John Gaughran against Abram M. W. Bergen. No opinion. Judgment of the municipal court affirmed, with costs.

GEISENDORFER, Appellant, v. NEW YORK & Q. C. Ry. Co., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Fritz Geisendorfer against the New York & Queens County Railway Company. No opinion. Judgment reversed on argument, and new trial granted; costs to abide the event.

GERDING, Respondent, v. FUNK, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) Action by Charles Gerding, Jr., against Isaac K. Funk.

PER CURIAM. Application for leave to appeal to the court of appeals denied, on the ground that, under the construction which this court has heretofore given to section 191 of the Code of Civil Procedure, no such leave is required. The enforcement of the judgment, however, may be stayed for 20 days in order to allow the appellant, if he so desires, to apply to a judge of the court of appeals. See 64 N. Y. Supp. 423.

GIBBONS, Respondent, v. BUSH CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) Action by Richard Gibbons, surviving partner of the firm of M. Gibbons & Son, against the Bush Company. No opinion. Reargument ordered, and case set down for May 1, 1900, unless the parties, with the sanction of the court, agree upon some other day. See 52 N. Y. Supp. 1142.

GRAHAM v. WALLACE. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Maude Graham against Alvin D. Wallace. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 63 N. Y. Supp. 372.

GREGG, Appellant, v. TAMSEN, Sheriff, Respondent. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Robert G. Gregg against Edward J. H. Tamsen, as sheriff. D. M. Porter, for appellant. R. F. Rabe, for respondent. No opinion. Judgment and order affirmed, with costs.

HACKETT v. EQUITABLE LIFE ASSUR. SOC. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Mary Hackett against the Equitable Life Assurance Society. No opinion. Motion for leave to go to the court of appeals granted.

In re HAIGHT. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) In the matter of the estate of Augustus Holly Haight, deceased. No opinion. Reargument ordered, and case set down for May 1, 1900, unless the parties, with the sanction of the court, agree upon some other day.

HARRIS et al., Appellants, v. BISHOP, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Isaac Harris and John Maguire against Jeanette M. Bishop. No opinion. Order of the municipal court affirmed, with costs.

HARTUNG, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Elizabeth W. Hartung, an infant, by guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

HASLAM et al., Respondents, v. ABRAHAMSON, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by William Haslam and another against Samuel I. Abrahamson. From a judgment in favor of plaintiffs, defendant appeals. Affirmed. Simon O. Pollock, for appellant. Joseph A. Kent, for respondents.

PER CURIAM. The defendant wholly failed to observe the requirements of sections 1429, 3029, Code Civ. Proc., as to posting notices of the sale. The judgment is therefore right, and should be affirmed, with costs.

HAY, Respondent, v. KNAUTH, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Isabella Hay against Antonio Knauth. No opinion. Judgment affirmed, with costs.

HENDERSON, HULL & CO. v. McCARTHY et al. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Henderson, Hull & Co., a corporation, against John A. McCarthy and others. No opinion. Motion granted, with $10 costs.